UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARA AMADO, on behalf of herself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PROCTER & GAMBLE CO.,<br><br>    Defendant | Civil Case No.: 3:23-cv-06308-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY CASE PENDING RESOLUTION OF MOTION TO TRANSFER RELATED ACTION TO THIS FORUM |

Before the Court is Defendant The Procter & Gamble Company's ("P&G") motion to stay the proceedings in this action pending resolution of P&G's motion to transfer a related action, *Pellegrino v. Procter & Gamble Co.*, Civil Case No. 7:23-cv-10631-KMK (S.D.N.Y.), to this forum.  Having considered the briefing of the parties, the Court finds that P&G's motion should be **GRANTED**.

There is good cause for a stay of this case.  *See Grundstrom v. Wilco Life Insurance Co.*, 2023 WL 8429789, at *2 (N.D. Cal. Dec. 4, 2023) (discussing relevant factors). ^[Plaintiff has not shown the requested] A brief stay will ~~not~~ prejudice Plaintiff; proceeding while the status of *Pellegrino* is unresolved ~~would~~ may prejudice P&G~~; and~~ given the potential for duplication of effort, and ^ staying the case so that *Pellegrino* might be consolidated or coordinated with this action would serve the interests of judicial economy.  The parties shall submit a joint status report to this Court within 14 days of receiving an order from the Southern District of New York regarding P&G's motion to transfer, which ~~should~~ shall include a proposal for how to proceed.

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY CASE PENDING RESOLUTION OF MOTION TO TRANSFER RELATED ACTION TO THIS FORUM

Case No. 3:23-cv-06308-MMC

**IT IS SO ORDERED**.

DATED: April 3, 2024

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY CASE PENDING RESOLUTION OF MOTION TO TRANSFER RELATED ACTION TO THIS FORUM

Case No. 3:23-cv-06308-MMC